UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Shaw Environmental, Inc.,

                Plaintiff,

vs.                                                     ORDER

The Hanover Insurance Company,
a/k/a The Hanover Insurance
Group, Inc.,

                Defendant.       Civ. No. 09-3160 (JNE/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Defendant's Third Motion to Stay Litigation Pending Arbitration [Docket No. 46] is granted.

                                                  BY THE COURT:

DATED:    7-13-2010                         s/ Joan N. Ericksen
                                                           Judge Joan N. Ericksen
                                                           United States District Court